UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN ANTHONY YOUNG,

    Petitioner,

v.

    Case No.: 1:06-cv-63

    HONORABLE PAUL L. MALONEY

MARY BERGHUIS,

    Respondent.
    _____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #35).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.  Therefore,

**IT IS HEREBY ORDERED** that the petition for writ of habeas corpus is denied.


Dated: June 23, 2008                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge