UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SHAWN A. YOUNG,
        Petitioner,

No. 1:06-cv-63

-v-

HONORABLE PAUL L. MALONEY

MARY BERGHUIS,
        Respondent.

## JUDGMENT

On June 23, 2008, this court issued an order adopting a report and recommendation to which no objections had been filed. The same order denied Shawn Young's motion for writ of habeas corpus filed under 28 U.S.C. § 2254. The court's electronic case file (ECF) does not show the entry of any separate judgment. Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent and against Petitioner. **IT IS SO ORDERED.**


Date:  October 18, 2010                                    /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                         Chief United States District Judge